**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-30720
Summary Calendar

ROBERT P. ROUGEAU

Plaintiff-Appellant,

VERSUS

BELLSOUTH TELECOMMUNICATIONS, INC., LLOYD DAIGLE,
JAKE LIPARI, UNIDENTIFIED PARTY

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(96-CV-3205-N)
December 24, 1997

Before DUHÉ, DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[1]

Appellant Rougeau sued his employer and others alleging denial of employment benefits and wrongful discharge. His claims were dismissed by the district court by the granting of several motions for summary judgment. Appellant appeals contending that the district court erred in concluding that the decision by the benefit

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

plan's Administrator was supported by adequate evidence, and by concluding that the Labor Management Relations Act precluded his claims for breach of the collective bargaining agreement by his union and Defendants. Appellant also complains of the court's refusal to permit an amendment to his pleadings, and of its reliance on decisions of this court he considers to have been wrongly decided.

We have carefully examined the briefs, record and the district court's carefully crafted Order and Reasons of January 4, 1997 and of June 25, 1997. We find no error or abuse of discretion by the district court and affirm essentially for the reasons she carefully articulated in her two referenced rulings.

AFFIRMED.